# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 AUG 22  PM 3: 32

CLERK US DIST... CT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

RUSTY EUGENE LACSINA,

                Defendant.

CASE NO.  11CR5148-MMA

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

 X   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_\_\_\_ of the offense(s) as charged in the Indictment/Information:

_____

_____

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/21/2012

_____
Michael M. Anello
U.S. District Judge